IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PRASHANT P., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civil Action No. 4:16-CV-01459 |
| § | |
| LIBERTY LIFE ASSURANCE § | |
| COMPANY OF BOSTON and § | |
| WAL-MART STORES, INC.'S § | |
| ASSOCIATES HEALTH AND § | |
| WELFARE PLAN, § | |
| § | |
| *Defendants*. § | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Prashant Prabhulkar and Defendant Liberty Life Assurance Company of Boston file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this ___ day of _____, 2017.

                                                    Respectfully submitted,

                                        By:   /s/ James C. Plummer (w/permission)
                                              James C. Plummer, TBA #16075700
                                              Federal I.D. No. 3692
                                              Amar Raval, TBA # 24046682
                                              S.D.I.D. No. 619209
                                              Plummer | Raval
                                              4203 Montrose Blvd., Suite 270
                                              Houston, TX 77006
                                              PH:  (713) 522-2887
                                              FAX:  (713 522-3605

        Nancy L. Cavey, FL Bar No. 300934
        Admitted *Pro Hac Vice*
        Law Offices of Nancy L. Cavey
        821 16th Street N.
        St. Petersburg, FL 33705
        PH: (727) 894-3188
        Email: Cavey@tampabay.rr.com

ATTORNEYS FOR PLAINTIFF


- AND -


By:   /s/ Iwana Rademaekers
      Iwana Rademaekers, Attorney in Charge
      State Bar of Texas No. 16452560
      S.D. of Texas No. 22781
      LAW OFFICES OF IWANA
      RADEMAEKERS, P.C.
      14785 Preston Road, Suite 550
      Dallas, Texas 75254
      Main: (214) 579-9319
      Fax: (469) 444-6456
      Email: iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT